BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ZINZI BONILLA (TXBN 24066521)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3932
    Facsimile:  (510) 637-3724
    E-Mail: zinzi.bonilla@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CRAIG THOMAS,<br><br>    Defendant. | CASE NO. CR 16-00221 HSG<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME** |

    The parties appeared before the Honorable Haywood S. Gilliam, Jr. on July 18, 2016, for a status conference before the district court.  With the agreement of counsel for the parties and the defendant, the Court found and held as follows:

    1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 18, 2016, to August 22, 2016.  Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the above-referenced period of time outweigh the best interest of the public and the defendant in a

speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the above-referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 18, 2016  /s/
JEROME MATTHEWS
Counsel for Celia Nipper

DATED: July 18, 2016  /s/
ZINZI BONILLA
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:  July 19, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00221 HSG                2