BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ZINZI BONILLA (TXBN 24066521)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3932
    Facsimile:  (510) 637-3724
    E-Mail: zinzi.bonilla@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00221 HSG |
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| v. | |
| CRAIG THOMAS, | |
| Defendant. | |

The parties appeared before the Honorable Haywood S. Gilliam, Jr. on August 22, 2016, for a status conference before the district court.  With the agreement of counsel for the parties and the defendant, the Court found and held as follows:

    1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 22, 2016 to September 12, 2016.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the above-referenced period of time outweigh the best interest of the public and the defendant in a

1  speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

2    3. Accordingly, and with the consent of the defendant, the Court ordered that the above-
3  referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C.
4  § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

5    IT IS SO STIPULATED.

6  DATED: August 22, 2016            /s/
                     JEROME MATTHEWS
7                       Counsel for Celia Nipper

9  DATED: August 22, 2016            /s/
                     ZINZI BONILLA
10                      Special Assistant United States Attorney

12   IT IS SO ORDERED.

14 DATED:  8/23/2016             *[signature: Haywood S. Gilliam Jr.]*
                     HAYWOOD S. GILLIAM, JR.
15                      United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00221 HSG